**No. 59836.**—Frank P. Dow Co., Inc. *v.* United States, protest 265932–K (Seattle).

Opinion by OLIVER, C. J. When this case was called for hearing, there was no appearance on behalf of plaintiff. An examination of the official papers disclosed that the item in question was assessed at the rate of 35 percent under paragraph

1513, as modified, as claimed.   The protest was dismissed, the court holding that the protest presented no cause of action.